UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAOHUI SUN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>SIXTO MARRERO, Facility Administrator, Imperial Regional Detention Facility, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-cv-1118-RSH-MMP<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 2] |

On February 20, 2026, petitioner Yaohui Sun filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition") and thereafter filed a motion for a temporary restraining order ("TRO"). ECF Nos. 1, 2.

Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 24, 38.

On March 5, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 5 at 2.

//

//

1   Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond
2   hearing for petitioner Yaohui Sun before an immigration court pursuant to 8 U.S.C. §
3   1226(a) within ***seven (7) days*** of this order. The Court declines to issue further declaratory
4   or injunctive relief at this time. To the extent Petitioner seeks to recover attorneys' fees, he
5   must make such request by noticed motion in a manner provided by the Local Rules of this
6   Court and the undersigned's pretrial civil procedures.

   In light of the relief granted herein, Petitioner's application for a temporary
   restraining order [ECF No. 2] is **DENIED** as moot.

   The hearing set for March 19, 2026 is **VACATED**.

   **IT IS SO ORDERED**.

Dated: March 5, 2026

_____
Hon. Robert S. Huie
United States District Judge